Dismissed and Memorandum Opinion filed June 24, 2004









Dismissed and Memorandum Opinion filed June 24, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00453-CV

____________

 

REGION IV
EDUCATION SERVICE CENTER, Appellant

 

V.

 

PAULA WELCH AS
NEXT FRIEND OF J. A. W., A MINOR CHILD, Appellee

 



 

On Appeal from the
405th District Court

 Galveston County, Texas

Trial Court Cause No.  

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed
April 12, 2004.

On June 14, 2004, appellant filed a motion to dismiss
the appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed June 24, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.